## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **Bibiana Martha Rodriguez** | Chapter 13 |
| | Case No. 11-18847-KHK |
| Debtor | |

### REPORT BY TRUSTEE OF COMPLETION
### OF PLAN PAYMENTS

NOW COMES the Chapter 13 Trustee herein, Thomas P. Gorman, and certifies to the Court that the Debtor has completed her plan payments pursuant to the confirmed plan in this case. Your trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

Respectfully submitted,

\_\_\_/s/ Thomas P. Gorman\_\_\_\_
Thomas P. Gorman, Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Dated: April 27, 2017